```
 1  JAMES F. BEIDEN   #111304
    Attorney at Law
 2  840 Hinckley Road, Suite 245
    Burlingame, CA  94010
 3  tel:(650)697-6100
    fax:(650)697-1101
 4
    Attorneys for Debtor
 5

 6

 7                  UNITED STATES BANKRUPTCY COURT

 8                  NORTHERN DISTRICT OF CALIFORNIA

 9


10
    In re                          )   CHAPTER 7
11                                 )
    PATRICK D. NG                  )   Case No. 08-31512
12  JOCELYN C. NG                  )   Date: 12/5/08
                        Debtor(s). )   Time: 9:30 a.m.
13  _____)   Ctrm: 23

14     DECLARATION OF JOCELYN NG IN OPPOSITION TO MOTION TO DISMISS

15       I, JOCELYN C. NG, declare:

16       1. I am 41 years old.

17       2.  My spouse and I have a 10 year old daughter.

18       3.  We purchased a home in Vallejo but worked and still work

19  adjacent to the San Francisco Airport.

20       4.  When housing prices plummeted we concluded that the

21  extra burden of being at work so far from our home and daughter

22  during the work day when our home was so costly to pay and had no

23  prospect of having any equity for years to come, we decided to

24  give up on trying to keep it.

25       5.  When we filed for bankruptcy in August, we think it was

26  worth little more than half of what we owed on it.

27       6.  After deciding not to try to keep our home, we moved to

28  San Mateo to be nearer our employment.
```

7. Much of our unsecured debt was used to improve our home and make it more comfortable for our family.

8. When we filed the bankruptcy, we were paying $160 for child care, but I was given an opportunity to bring our daughter to work with me so I elected to do so rather than have our daughter cared for by others.

9. This arrangement is with the consent of my supervisor and is subject to termination at any time.

10. I do not believe that our daughter should be left unsupervised or cared for and if the arrangement for keeping her at work was terminated, would return to paid child care.

11. I accurately included the six-month average of those taxes withheld from my six months' earnings that were the basis for determining the monthly income for means test purposes.

12. I have not changed the withholding since the decision not to try and keep our home and am not certain how our taxes will come out without the mortgage interest deduction.

13. It is difficult to manage our family with both of us working full time and regret not being able to spend more quality time with our daughter, but we persevere in the hopes of again buying a home or, at least, have an adequate retirement when we retire.

14. My spouse and I must keep in contact with each other and our daughter to assure her safety and supervision while juggling our jobs and home responsibilities.

15. Cable and internet are important tools for our daughter's school projects and assist us in managing our family.

16. I was the trustee of a bank account for their our

1 | daughter that was closed about March 2008.
2 |     17.  Since the filing of the petition in this matter, my
3 | 401(k) has lost 23% of its value in the stock market.
4 |     I declare under penalty of perjury that the foregoing is
5 | true and correct and that this declaration was executed on the
6 | below date at Burlingame, California.
7 | Dated: November 20, 2008      /s/ Jocelyn C. Ng
   |                                                 JOCELYN C. NG