```
 1  JAMES F. BEIDEN  #111304
    Attorney at Law
 2  840 Hinckley Road, Suite 245
    Burlingame, CA  94010
 3  tel:(650)697-6100
    fax:(650)697-1101
 4
    Attorneys for Debtor
 5

 6

 7                  UNITED STATES BANKRUPTCY COURT

 8                  NORTHERN DISTRICT OF CALIFORNIA

 9

10
    In re                          )  CHAPTER 7
11                                 )
    PATRICK D. NG                  )  Case No. 08-31512
12  JOCELYN C. NG                  )  Date: 12/5/08
                          Debtor(s).)  Time: 9:30 a.m.
13  _____)  Ctrm: 23

14            SUPPLEMENTAL DECLARATION OF JOCELYN NG

15      I, JOCELYN C. NG, declare:

16      1.  I have been informed by my supervisor that I can no

17  longer bring our daughter to work due to the fact that other

18  workers started bringing their children to work resulting in

19  worries about liability, safety of the children, and distractions

20  from work assignments.

21      2.  I have reenrolled our daughter in after school child

22  care at her school at a cost of $160 per month.

23      I declare under penalty of perjury that the foregoing is

24  true and correct and that this declaration was executed on the

25  below date at Burlingame, California.

26  Dated: December 3, 2008          /s/ Jocelyn C. Ng
                                     JOCELYN C. NG
27

28
```

PROOF OF SERVICE BY MAIL

I declare that:

I am employed in the county of San Mateo, California. I am over eighteen years and not a party to the within cause; my address is 840 Hinckley Road, Suite 245, Burlingame, California. On December 3, 2008, I served the SUPPLEMENTAL DECLARATION OF JOCELYN NG on the interested parties, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States as follows:

Office of United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 3, 2008 at Burlingame, California.

/s/ James F. Beiden
JAMES F. BEIDEN