**Entered on Docket**
**December 30, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: December 29, 2008**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 08-31520 TEC |
| PATRICK D. NG, and JOCELYN C. NG, fka JOCELYN S. CHUA, | Chapter 7 |
| Debtors. | Date: December 29, 2008<br>Time: 10:00 a.m.<br>Ctrm: Hon. Thomas E. Carlson<br>235 Pine Street, 23rd Fl.<br>San Francisco, CA |

**ORDER DENYING UNITED STATES TRUSTEE'S MOTION TO DISMISS**

On December 20, 2008, the court held a continued telephonic hearing regarding the United States Trustee's motion to dismiss. James F. Beiden appeared for Debtors. Minnie Loo appeared for the United States Trustee.

Counsel for the United States Trustee having stated on the record that the motion was withdrawn, the court hereby orders that the motion is denied.

**\*\*END OF ORDER\*\***

**Court Service List**

James F. Beiden, Esq.
Law Offices of James F. Beiden
840 Hinckley Road, Suite 245
Burlingame, CA 94010

Minnie Loo, Esq.
Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104